**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
———————
www.cand.uscourts.gov

Richard W. Wieking                                                        General Court Number
Clerk                                                                          415.522.2000


January 22, 2008


Jonathan Lee Riches
FCI Williamsburg
P.O. Box 340
Salters, SC 29590


SUBJECT:      Request for Payment of Docket Fee

**Title:  JONATHAN LEE RICHES -v- VISA USA**
**Case Number:      CV 07-06083 MJJ**
**Court of Appeals Number:**


**A notice of appeal was filed with this Court on 1/8/08 and the docketing fee of $455.00 has not been received.  Please forward the above referenced fee to this office immediately.**

**The check is to be made payable to "CLERK, U.S. DISTRICT COURT."**

**Sincerely,**

**RICHARD W. WIEKING, Clerk**


**by:  Simone Voltz**
**Case Systems Administrator**


**cc: U.S. Court of Appeals**