UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

January 22, 2008

**CASE INFORMATION:**                          **08 - 15164**

Short Case Title: JONATHAN LEE RICHES -v- VISA USA
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: San Francisco Division-Judge Martin J. Jenkins
Criminal and/or Civil Case No.: CV 07-06083 MJJ
Date Complaint/Indictment/Petition Filed: 12/03/07
Date Appealed order/judgment *entered* 12/19/07
Date NOA *filed* 1/8/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):    ☐ granted in full (attach order)      ☐ denied in full (send record)
                                   ☐ granted in part (attach order)       ☐ pending

Court Reporter(s) Name & Phone Number: n/a

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                      Date Docket Fee Billed: 1/22/08
Date FP granted:                            Date FP denied:
Is FP pending? ☐ yes ☐ no               Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:•

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel: see docket sheet          Appellee Counsel: see docket sheet

☐ retained    ☐ CJA    ☐ FPD    ☐ Pro Se    ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                           Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                   9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Simone Voltz
                                                                             415-522-2016