**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 29, 2008

CASE NUMBER:   **CV 07-06083 MJJ**
CASE TITLE:    **JONATHAN LEE RICHES-v- VISA USA**
DATE MANDATE FILED:   4/24/08

TO COUNSEL OF RECORD:

   The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

                                   Sincerely,

                                   RICHARD W. WIEKING, Clerk

                                   by: Sheila Rash
                                   Case Systems Administrator

Distribution:   CIVIL       -   Counsel of Record

                CRIMINAL   -   Counsel of Record
                                U.S. Marshal (Copy of Mandate)
                                U.S. Probation Office

NDC App-16